Gregory SHEHEE, Plaintiff–Appellant,

v.

KELLY; Conroy; Roberts; Menutti; Fidel; Rosario; Wiley; Palomares; Holliday, Defendants–Appellees.

No. 00–15504.

D.C. No. CV–97–00886–WBS/JFM.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001 [1].

Decided March 29, 2001.

---

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**406**

Before LEAVY, THOMAS, and
RAWLINSON Circuit Judges.

MEMORANDUM[2]

Gregory Shehee, a California state prisoner, appeals pro se from the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs for failure to retain him in the Enhanced Outpatient Program. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *see Barnett v. Centoni*, 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and affirm.

Upon our review of the record, we conclude that Shehee demonstrated, at most, that he had a difference of opinion with prison officials concerning the appropriate treatment for his mental health problems. Accordingly, the district court did not err by granting summary judgment for defendants. *See Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir.1996).

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

\* William A. Halter, is substituted for his predecessor, Kenneth Apfel as Commissioner of the

We reject Shehee's remaining contentions.

AFFIRMED.